**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re:  SANDOVAL, SARA | § | Case No. 15-23288 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/07/2015. The undersigned trustee was appointed on 07/07/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          104,979.53

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 101.10 |
| Administrative expenses | 43,533.49 |
| Bank service fees | 270.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 46,074.43 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/18/2016 and the deadline for filing governmental claims was 01/03/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,037.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,037.23, for a total compensation of $6,037.23[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2018 _____          By: /s/ Michael Desmond _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**  15-23288
**Case Name:**  SANDOVAL, SARA

**For Period Ending:**  05/14/2018

**Trustee Name:**  (330623) Michael Desmond
**Date Filed (f) or Converted (c):**  07/07/2015 (f)
**§ 341(a) Meeting Date:**  08/12/2015
**Claims Bar Date:**  10/18/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase Bank | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord | 995.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Potential class action lawsuit regarding medical | Unknown | 35,000.00 | | 104,979.53 | FA |
| 8 | 2001 Mazda Tribute | 904.00 | 0.00 | | 0.00 | FA |
| **8** | **Assets Totals (Excluding unknown values)** | **$2,819.00** | **$35,000.00** | | **$104,979.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee negotiating settlement of class action claim.

**Initial Projected Date Of Final Report (TFR):**  12/29/2017          **Current Projected Date Of Final Report (TFR):**  06/29/2018

05/14/2018
_____
Date

/s/Michael Desmond
_____
Michael Desmond

## Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-23288 | |
| **Case Name:** | SANDOVAL, SARA | |
| **Taxpayer ID #:** | **-***8011 | |
| **For Period Ending:** | 05/14/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Michael Desmond (330623) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******5300 Checking | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/18 | | Wagstaff & Cartmell LLP | Coloplast Settlement Proceeds pursuant to Order entered 12/14/2017 | | 56,811.84 | | 56,811.84 |
| | {7} | Wagstaff & Carmell LLP  IOLTA Account | Coloplast Settlement Proceeds pursuant to Order entered 12/14/2017 (net of 10% holdback)  $100,446.43 | 1129-000 | | | 56,811.84 |
| | | Wagstaff & Cartmelll LLP | Attorney's Fees per order dated 12/14/2017  -$40,178.57 | 3210-600 | | | 56,811.84 |
| | | Wagstaff & Cartmelll LLP | Per order dated 12/14/2017  -$3,354.92 | 3220-610 | | | 56,811.84 |
| | | Wagstaff & Cartmelll LLP | Per Order dated 12/14/2017  -$101.10 | 4220-000 | | | 56,811.84 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.19 | 56,754.65 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.19 | 56,678.46 |
| 03/22/18 | 101 | Sara Sandoval | Debtor's Exemption in Coloplast PI Settlement | 8100-002 | | 15,000.00 | 41,678.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.64 | 41,599.82 |
| 04/24/18 | {7} | Wagstaff & Cartmell LLP (IOLTA Trust Account) | Balance of Holdout Amount of Settlement Proceeds from Coloplast | 1129-000 | 4,533.10 | | 46,132.92 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.49 | 46,074.43 |

|  | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 61,344.94 | 15,270.51 | **$46,074.43** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 61,344.94 | 15,270.51 | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$61,344.94** | **$270.51** | |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-23288 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | SANDOVAL, SARA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8011 | **Account #:** | ******5300 Checking |
| **For Period Ending:** | 05/14/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5300 Checking | $61,344.94 | $270.51 | $46,074.43 |
| | **$61,344.94** | **$270.51** | **$46,074.43** |

| | |
|---|---|
| 05/14/2018 | /s/Michael Desmond |
| Date | Michael Desmond |

## Exhibit C

## Analysis of Claims Register

**Case: 15-23288**                    **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Michael Desmond<br>10 South LaSalle<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br><br>05/14/18 | | $6,037.23<br>$6,037.23 | $0.00 | $6,037.23 |
| | Figliulo & Silverman PC<br>10 S La Salle St, 36th Floor<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br><br>05/11/18 | | $4,612.50<br>$4,612.50 | $0.00 | $4,612.50 |
| | Figliulo & Silverman PC<br>10 S La Salle St, 36th Floor<br>Suite 3600<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br><br>05/11/18 | | $10.92<br>$10.92 | $0.00 | $10.92 |
| SURPLUS | SANDOVAL, SARA<br>1125 DICKENS WAY<br>APT E<br>SCHAUMBURG, IL 60193<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br><br>05/14/18 | | $0.00<br>$34,234.94 | $0.00 | $34,234.94 |
| | A/r Concepts<br>18-3 E Dundee Rd<br>Barrington, IL 60010<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | ADP FSA Card Substantiation<br>P.O. Box 1853<br>Alpharetta, GA 30023<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br><br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

Case: 15-23288                    SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | AMO Recoveries<br>PO Box 926100<br>Norcross, GA 30010-6200<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | AT&T<br>PO BOX 6416<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | ATG Credit LLC<br>PO Box 14895<br>Chicago, IL 60614<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | ATI Physical Therepay Attn Collecti<br>PO BOX 371863<br>Pittsburgh, PA 15250<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Activity Collection Se<br>664 Milwaukee Av<br>Prospect Heights, IL 60070<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

Case: 15-23288                              SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Alexian Brothers Hospital 1650 Moon Lake Blvd Hoffman Estates, IL 60169 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Alexian Brothers Medical Group 22589 Network Place Chicago, IL 60673 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Aroon K Pal DMD 7001 W Ogden Berwyn, IL 60402 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Athletic & Therapeutic Inst. PO Box 371863 Pittsburgh, PA 15250 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Better Homes and Gardens 1716 Locust St Des Moines, IA 50309 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Caine Weiner Po Box 5010 Woodland Hills, CA 91365 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 15-23288**                          **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Cardiovascular Assoc. 900 Frontage Rd. Woodridge, IL 60517 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Cary Bortnick 303 E Army Trail Rd Ste 100 Bloomingdale, IL 60108 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Central Credit Services LLC 20 corporate Hills Dr Saint Charles, MO 63301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | City of Chicago Department of Finan PO Box 88292 Chicago, IL 60680 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | City of Chicago Department of Finan PO Box 88292 Chicago, IL 60680 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 15-23288                                    **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Comcast<br>PO BOX 3002<br>Chicago, IL 09398<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Computer Credit Inc<br>640 West Fourth Street<br>PO BOX 5238<br>Winston Salem, NC 27113<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Continental Finance<br>PO BOX 30311<br>Tampa, FL 33630<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Convergent Outsourcing<br>10750 Hammerly Blvd 200<br>Houston, TX 77043<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Cooking Light<br>P.O. Box 62319<br>Tampa, FL 33662-3198<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Debt Recovery Solutions LLC<br>PO BOX 9001<br>Westbury, NY 11590<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 6

## Exhibit C

### Analysis of Claims Register

Case: 15-23288                                       SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Delmarva Capital Services, LLC PO Box 126 Forest Hill, MD 21050-0126 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Directv P.O. Box 9001069 Louisville, KY 40290 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Dish Network Dept 0063 Palatine, IL 60055 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Diversified P O Box 551268 Jacksonville, FL 32255 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Drs. Kane, Misawa, Spices & Nguyen, 33 W. Higgins Rd. Ste. 820 Barrington, IL 60010 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Elgin Surgery Center 4941 N Kedzie Chicago, IL 60625 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Company LLC PO BOX 23870 Jacksonville, FL 32241 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 15-23288**                    **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | FCSI PO Box 3910 Tupelo, MS 38803 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | First Premier Bank PO Box 5519 Sioux Falls, SD 57117 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Firstbkde/cf 1608 Walnut Street Philadelphia, PA 19103 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Francis A Kania 539 N La Grange Rd La Grange Park, IL 60526 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

## Exhibit C

### Analysis of Claims Register

Case: 15-23288                                          SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Franklin Col 2978 W Jackson St Tupelo, MS 38801 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | HSN Flexpay Dept PO Box 9090 Clearwater, FL 33758 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Health 3000 University Center Drive Tampa, FL 33612 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | I.C. System, Inc 444 Highway 96 East PO Box 64437 Saint Paul, MN 55164 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Linebarger Goggaan Blair & Sampson PO Box 06152 Chicago, IL 60606-0152 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Lou Harris & Co 613 Academy Drive Northbrook, IL 60062 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 15-23288**                                    **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MRS BPO LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Mark A Jones DPM LLC<br>PO BOX 848<br>Lombard, IL 60148<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MetLife Group Claims Review<br>P.O Box 14589<br>Lexington, KY 40512<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | MiraMed Revenue Group<br>Dept 77304<br>P.O. Box 77000<br>Detroit, MI 48277<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | NCO Financial System, Inc.<br>P.O Box 15740<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northshore Agency<br>270 Spagnoli Rd St 111<br>Melville, NY 11747<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 15-23288                                          **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| | Northwest Community Hospital<br>PO BOX 95698<br>Chicago, IL 60694<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwest Community Hospital<br>25709 Network Place<br>Chicago, IL 60673<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwest Community Hospital<br>25709 Network Place<br>Chicago, IL 60673<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwest Community Hospital<br>25709 Network Place<br>Chicago, IL 60673<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwest Gastroenterologists<br>PO BOX 7630<br>Gurnee, IL 60031<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Northwestern Medical Faculty Found.<br>680 N. Lake Shore Dr.<br>Suite 1000<br>Chicago, IL 60611<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 15-23288**                    **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | OAC<br>PO BOX 500<br>Baraboo, WI 53913<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | OakBrook Anesthesiologists LTD<br>PO BOX 7628<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Omar's Home Furniture<br>420 Stratford Mall<br>Bloomingdale, IL 60108<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Open Advanced MRI of Schaumburg, LL<br>Dept. 4681<br>Carol Stream, IL 60122<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | OptumRx<br>PO Box 2975<br>Mission, KS 66201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Physician Anesthesia Associates<br>Dept 4330<br>Carol Stream, IL 60122-4330<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

Case: 15-23288                                  SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Physician Anesthesia Associates Dept 4330 Carol Stream, IL 60122-4330 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Pioneer Press 3701 W. Lake Ave. Glenview, IL 60026 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Podiatric Managment Systems, LLC Breck M Tiernan DPM 30S Michigan Ave St 503 Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Premium Assest Recovery Corp. PO BOX 1810 Warren, MI 48090-1810 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Prof PI Svc Attn: Crissy Po Box 612 Milwaukee, WI 53201 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Professional Account Management Collection Division P.O. Box 391 Milwaukee, WI 53201-0391 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

**Case:** 15-23288                          **SARA SANDOVAL**

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Progressive<br>11629 S 700E, Ste 250<br>Draper, UT 84020<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | RJM Acquisitions<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Retrieval Masters Creditors Bureau<br>2269 South Saw Mill River Road<br>Building 3<br>Elmsford, NY 10523<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Rheumatic Disease Center Physicians<br>150 North River St 270<br>Des Plaines, IL 60016<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Rodale<br>33 E Minor Street<br>Emmaus, PA 18098<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Shaffer & Associates<br>101 South 5th Street<br>Suite 100<br>Columbia, MO 65201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

## Analysis of Claims Register

Case: 15-23288                                                    SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Sko Brenneer American<br>40 Daniel St<br>P O Box 230<br>Farmingdale, NY 11735<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Southern Living<br>PO BOX 62121<br>Tampa, FL 33662<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Southwest Credit<br>4120 International Pkwy Suite 1100<br>Carrollton, TX 75007<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sprint<br>P.O. Box 219554<br>Kansas City, MO 64121<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | St Alexius Medical Center<br>22589 Network Place<br>Chicago, IL 60673<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Suburban Endocrinology & Diabetes<br>2101 s. aRLINGTON hlEGHTS rD. sTE 111<br>Arlington Heights, IL 60005<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

Case: 15-23288                    SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Suburban Lung Associates<br>PO BOX 2776<br>Carol Stream, IL 60132<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Surgicore, Inc.<br>10547 Ewing Ave.<br>Chicago, IL 60617<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | TMobile<br>P.O. Box 629025<br>El Dorado Hills, CA 95762<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | The Dnetal Store LTD<br>1061 S Roselle Rd<br>Schaumburg, IL 60193<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Transmittal<br>507 Prudental Rd<br>Horsham, PA 19044<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Transworld System<br>25 Northwest Point Blvd. #750<br>Elk Grove Village, IL 60007<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Transworld System<br>25 Northwest Point Blvd. #750<br>Elk Grove Village, IL 60007<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/07/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |

## Exhibit C

### Analysis of Claims Register

Case: 15-23288                                    SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | United Health Care Insurance CO Greensboro Service Center PO BOX 30555 Salt Lake City, UT 84130 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Verizon 500 Technology Dr Ste 550 Weldon Spring, MO 63304 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Verizon Wireless PO BOX 25505 Lehigh Valley, PA 18002 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Webbank/fingerhut Fres 6250 Ridgewood Rd Saint Cloud, MN 56303 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Weiss Memorial Hospital 4720 Paysphere Circle Chicago, IL 60674 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Weiss Memorial Hospital 4720 Paysphere Circle Chicago, IL 60674-0047 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |

## Exhibit C

### Analysis of Claims Register

**Case:** 15-23288                                    SARA SANDOVAL

Claims Bar Date: 10/18/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | WomanCare PC PO BOX 4543 Carol Stream, IL 60197 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| | suburban Endocrinology & Diabetes 2101 S Arlington Heights Rd Ste 111 Arlington Heights, IL 60005 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/07/15 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1 | Sprint Attn Bankruptcy Dept, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/25/16 | | $504.25 $504.25 | $0.00 | $504.25 |
| 1I | Sprint Attn Bankruptcy Dept, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/14/18 | | N/A $4.06 | $0.00 | $4.06 |
| 2 | American InfoSource LP as agent for Verizon, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/05/16 | | $585.01 $585.01 | $0.00 | $585.01 |
| 2I | American InfoSource LP as agent for Verizon, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/14/18 | | N/A $4.71 | $0.00 | $4.71 |
| 3 | Quantum3 Group LLC as agent for CF Medical LLC, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/10/16 | | $80.16 $80.16 | $0.00 | $80.16 |
| 3I | Quantum3 Group LLC as agent for CF Medical LLC, <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 05/14/18 | | N/A $0.65 | $0.00 | $0.65 |

**Exhibit C**

**Analysis of Claims Register**

Case: 15-23288                              SARA SANDOVAL

Claims Bar Date: 10/18/16

**Case Total:**          **$0.00**      **$46,074.43**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-23288
Case Name: SARA SANDOVAL
Trustee Name: Michael Desmond

**Balance on hand:**   $              46,074.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $      46,074.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael Desmond | 6,037.23 | 0.00 | 6,037.23 |
| Attorney for Trustee Fees - Figliulo & Silverman PC | 4,612.50 | 0.00 | 4,612.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman PC | 10.92 | 0.00 | 10.92 |

Total to be paid for chapter 7 administrative expenses:   $      10,660.65
Remaining balance:   $      35,413.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $      35,413.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 35,413.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,169.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sprint Attn Bankruptcy Dept | 504.25 | 0.00 | 504.25 |
| 2 | American InfoSource LP as agent for Verizon | 585.01 | 0.00 | 585.01 |
| 3 | Quantum3 Group LLC as agent for CF Medical LLC | 80.16 | 0.00 | 80.16 |

Total to be paid for timely general unsecured claims: $ 1,169.42
Remaining balance: $ 34,244.36

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 34,244.36

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 34,244.36 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.27% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $9.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $34,234.94.

UST Form 101-7-TFR(5/1/2011)