UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 15-23288 |
| | ) | |
| SARA SANDOVAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

**PROOF OF SERVICE**

TO:   See attached Service List.

I, MICHAEL K. DESMOND, state that the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was served upon the parties named on the Manual Notice List of the attached Service List by depositing a copy of same in the U.S. Mail at 10 S. LaSalle Street, Chicago, IL 60603 on June 7, 2018 before the hour of 5:00 p.m., proper postage prepaid.


Dated:  June 7, 2018                        Respectfully submitted,

**FIGLIULO & SILVERMAN, P.C.**

By: /s/ *Michael K. Desmond*


Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
Ten South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

# SERVICE LIST

**Mailing Information for Case 15-23288 [as of 6/7/18]**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael K Desmond**   mkd.trustee@fslegal.com, IL23@ecfcbis.com
- **Michael K Desmond**   mdesmond@fslegal.com, dorisbay@fslegal.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Yisroel Y Moskovits**   imoskovits@semradlaw.com, ilnb.courtview@SLFCourtview.com

**Manual Notice List**

Sara Sandoval
1125 Dickens Way
Apt E
Schaumburg, Il 60193
(Debtor)

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601
(Creditor)

## CREDITORS

Sprint
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS  66207-0949
*Claimant #1*

American Infosource LP as Agent for Verizon
P.O. Box 248838
Oklahoma City, OK  73124-8838
*Claimant #2*

Quantum3 Group, LLC as Agent for CF Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788
*Claimant #3*