**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: SANDOVAL, SARA            §    Case No. 15-23288
                                 §
                                 §
                                 §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,819.00 | Assets Exempt: | $17,819.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,279.94 | Claims Discharged Without Payment: | $19,782.13 |
| Total Expenses of Administration: | $54,464.65 | | |

    3) Total gross receipts of $104,979.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $49,234.94 (see **Exhibit 2**), yielded net receipts of $55,744.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $101.10 | $101.10 | $101.10 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $54,464.65 | $54,464.65 | $54,464.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $20,378.13 | $1,169.42 | $1,178.84 | $1,178.84 |
| **TOTAL DISBURSEMENTS** | $20,378.13 | $55,735.17 | $55,744.59 | $55,744.59 |

4) This case was originally filed under chapter 7 on 07/07/2015. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2018            By: /s/ Michael Desmond
                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential class action lawsuit regarding medical | 1129-000 | $104,979.53 |
| **TOTAL GROSS RECEIPTS** | | **$104,979.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SANDOVAL, SARA | Distribution payment - Dividend paid at 100.00% of $34,234.94; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $34,234.94 |
| Sara Sandoval | Debtor's Exemption in Coloplast PI Settlement | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$49,234.94** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wagstaff & Cartmelll LLP | 4220-000 | NA | $101.10 | $101.10 | $101.10 |
| | **TOTAL SECURED** | | **$0.00** | **$101.10** | **$101.10** | **$101.10** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael Desmond | 2100-000 | NA | $6,037.23 | $6,037.23 | $6,037.23 |
| Attorney for Trustee Fees - Figliulo & Silverman PC | 3110-000 | NA | $4,612.50 | $4,612.50 | $4,612.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman PC | 3120-000 | NA | $10.92 | $10.92 | $10.92 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $270.51 | $270.51 | $270.51 |
| Special Counsel for Trustee Fees - Wagstaff & Cartmelll LLP | 3210-600 | NA | $40,178.57 | $40,178.57 | $40,178.57 |
| Special Counsel for Trustee Expenses - Wagstaff & Cartmelll LLP | 3220-610 | NA | $3,354.92 | $3,354.92 | $3,354.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $54,464.65 | $54,464.65 | $54,464.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint Attn Bankruptcy Dept | 7100-000 | $0.00 | $504.25 | $504.25 | $504.25 |
| 1I | Sprint Attn Bankruptcy Dept | 7990-000 | NA | NA | $4.06 | $4.06 |
| 2 | American InfoSource LP as agent for Verizon | 7100-000 | $596.00 | $585.01 | $585.01 | $585.01 |
| 2I | American InfoSource LP as agent for Verizon | 7990-000 | NA | NA | $4.71 | $4.71 |
| 3 | Quantum3 Group LLC as agent for CF Medical LLC | 7100-000 | NA | $80.16 | $80.16 | $80.16 |
| 3I | Quantum3 Group LLC as agent for CF Medical LLC | 7990-000 | NA | NA | $0.65 | $0.65 |
| N/F | A/r Concepts | 7100-000 | $200.00 | NA | NA | NA |
| N/F | ADP FSA Card Substantiation | 7100-000 | $444.80 | NA | NA | NA |
| N/F | AMO Recoveries | 7100-000 | $518.39 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $577.27 | NA | NA | NA |
| N/F | ATG Credit LLC | 7100-000 | $20.00 | NA | NA | NA |
| N/F | ATI Physical Therepay Attn Collecti | 7100-000 | $377.40 | NA | NA | NA |
| N/F | Aaron Sales & Lease Ow | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Activity Collection Se | 7100-000 | $164.00 | NA | NA | NA |
| N/F | Alcoa Billing Center | 7100-000 | $42.87 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Alexian Brothers Hospital | 7100-000 | $49.95 | NA | NA | NA |
| N/F | Alexian Brothers Medical Group | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Aroon K Pal DMD | 7100-000 | $175.40 | NA | NA | NA |
| N/F | Athletic & Therapuetic Inst. | 7100-000 | $377.40 | NA | NA | NA |
| N/F | Better Homes and Gardens | 7100-000 | $5.99 | NA | NA | NA |
| N/F | Caine Weiner | 7100-000 | $185.00 | NA | NA | NA |
| N/F | Cardiovascular Assoc. | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Cary Bortnick | 7100-000 | $22.30 | NA | NA | NA |
| N/F | Central Credit Services LLC | 7100-000 | $437.91 | NA | NA | NA |
| N/F | Choice Recovery | 7100-000 | $20.00 | NA | NA | NA |
| N/F | City of Chicago Department of Finan | 7100-000 | $50.00 | NA | NA | NA |
| N/F | City of Chicago Department of Finan | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $172.29 | NA | NA | NA |
| N/F | Computer Credit Inc | 7100-000 | $346.45 | NA | NA | NA |
| N/F | Continental Finance | 7100-000 | $420.00 | NA | NA | NA |
| N/F | Convergent Outsourcing | 7100-000 | $1,217.57 | NA | NA | NA |
| N/F | Cooking Light | 7100-000 | $18.00 | NA | NA | NA |
| N/F | Debt Recovery Solutions LLC | 7100-000 | $485.40 | NA | NA | NA |
| N/F | Delmarva Capital Services, LLC | 7100-000 | $741.73 | NA | NA | NA |
| N/F | Directv | 7100-000 | $317.92 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dish Network | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Diversified | 7100-000 | $504.00 | NA | NA | NA |
| N/F | Drs. Kane, Misawa, Spices & Nguyen, | 7100-000 | $258.30 | NA | NA | NA |
| N/F | Elgin Surgery Center | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Enhanced Recovery Company LLC | 7100-000 | $61.65 | NA | NA | NA |
| N/F | Enhanced Recovery Corp | 7100-000 | $62.00 | NA | NA | NA |
| N/F | FCSI | 7100-000 | $0.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $437.00 | NA | NA | NA |
| N/F | First Premier Bank | 7100-000 | $441.81 | NA | NA | NA |
| N/F | Firstbkde/cf | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Francis A Kania | 7100-000 | $68.00 | NA | NA | NA |
| N/F | Franklin Col | 7100-000 | $0.00 | NA | NA | NA |
| N/F | HSN Flexpay Dept | 7100-000 | $113.32 | NA | NA | NA |
| N/F | Health | 7100-000 | $12.97 | NA | NA | NA |
| N/F | I.C. System, Inc | 7100-000 | $376.02 | NA | NA | NA |
| N/F | Linebarger Goggaan Blair & Sampson | 7100-000 | $228.14 | NA | NA | NA |
| N/F | Lou Harris & Co | 7100-000 | $100.00 | NA | NA | NA |
| N/F | MRS BPO LLC | 7100-000 | $703.75 | NA | NA | NA |
| N/F | Mark A Jones DPM LLC | 7100-000 | $20.00 | NA | NA | NA |
| N/F | MetLife Group Claims Review | 7100-000 | $158.30 | NA | NA | NA |
| N/F | MiraMed Revenue Group | 7100-000 | $354.10 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | NCO Financial System, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northshore Agency | 7100-000 | $339.88 | NA | NA | NA |
| N/F | Northwest Community Hospital | 7100-000 | $45.95 | NA | NA | NA |
| N/F | Northwest Community Hospital | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northwest Community Hospital | 7100-000 | $152.10 | NA | NA | NA |
| N/F | Northwest Community Hospital | 7100-000 | $81.75 | NA | NA | NA |
| N/F | Northwest Gastroenterologists | 7100-000 | $47.04 | NA | NA | NA |
| N/F | Northwestern Medical Faculty Found. | 7100-000 | $59.00 | NA | NA | NA |
| N/F | OAC | 7100-000 | $47.78 | NA | NA | NA |
| N/F | OakBrook Anesthesiologists LTD | 7100-000 | $102.42 | NA | NA | NA |
| N/F | Omar's Home Furniture | 7100-000 | $726.14 | NA | NA | NA |
| N/F | Open Advanced MRI of Schaumburg, LL | 7100-000 | $47.78 | NA | NA | NA |
| N/F | OptumRx | 7100-000 | $42.89 | NA | NA | NA |
| N/F | Pellettieri | 7100-000 | $152.00 | NA | NA | NA |
| N/F | Physician Anesthesia Associates | 7100-000 | $56.40 | NA | NA | NA |
| N/F | Physician Anesthesia Associates | 7100-000 | $56.40 | NA | NA | NA |
| N/F | Pioneer Press | 7100-000 | $14.00 | NA | NA | NA |
| N/F | Podiatric Managment Systems, LLC Breck M Tiernan DPM | 7100-000 | $1,575.00 | NA | NA | NA |
| N/F | Premium Assest Recovery Corp. | 7100-000 | $80.16 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Prof Pl Svc | 7100-000 | $461.00 | NA | NA | NA |
| N/F | Professional Account Management Collection Division | 7100-000 | $160.00 | NA | NA | NA |
| N/F | Progressive | 7100-000 | $1,034.23 | NA | NA | NA |
| N/F | RJM Acquisitions | 7100-000 | $306.35 | NA | NA | NA |
| N/F | Retrieval Masters Creditors Bureau | 7100-000 | $30.56 | NA | NA | NA |
| N/F | Rheumatic Disease Center Physicians | 7100-000 | $137.48 | NA | NA | NA |
| N/F | Rodale | 7100-000 | $81.46 | NA | NA | NA |
| N/F | Shaffer & Associates | 7100-000 | $57.65 | NA | NA | NA |
| N/F | Sko Brenneer American | 7100-000 | $119.85 | NA | NA | NA |
| N/F | Southern Living | 7100-000 | $19.95 | NA | NA | NA |
| N/F | Southwest Credit | 7100-000 | $539.12 | NA | NA | NA |
| N/F | St Alexius Medical Center | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Suburban Endocrinology & Diabetes | 7100-000 | $35.00 | NA | NA | NA |
| N/F | Suburban Lung Associates | 7100-000 | $10.00 | NA | NA | NA |
| N/F | Surgicore, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TMobile | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Dnetal Store LTD | 7100-000 | $96.40 | NA | NA | NA |
| N/F | Transmittal | 7100-000 | $44.80 | NA | NA | NA |
| N/F | Transworld System | 7100-000 | $163.14 | NA | NA | NA |
| N/F | Transworld System | 7100-000 | $75.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | United Health Care Insurance CO Greensburo Service Center | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $596.40 | NA | NA | NA |
| N/F | Webbank/fingerhut Fres | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Weiss Memorial Hospital | 7100-000 | $368.10 | NA | NA | NA |
| N/F | Weiss Memorial Hospital | 7100-000 | $21.70 | NA | NA | NA |
| N/F | WomanCare PC | 7100-000 | $344.85 | NA | NA | NA |
| N/F | suburban Endocrinology & Diabetes | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$20,378.13** | **$1,169.42** | **$1,178.84** | **$1,178.84** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-23288 | Trustee Name: | (330623) Michael Desmond |
| --- | --- | --- | --- |
| Case Name: | SANDOVAL, SARA | Date Filed (f) or Converted (c): | 07/07/2015 (f) |
| | | § 341(a) Meeting Date: | 08/12/2015 |
| For Period Ending: | 09/06/2018 | Claims Bar Date: | 10/18/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Checking account with Chase Bank | 20.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit with landlord | 995.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Potential class action lawsuit regarding medical | Unknown | 35,000.00 | | 104,979.53 | FA |
| 8 | 2001 Mazda Tribute | 904.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$2,819.00** | **$35,000.00** | | **$104,979.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee negotiating settlement of class action claim.

**Initial Projected Date Of Final Report (TFR):** 12/29/2017     **Current Projected Date Of Final Report (TFR):** 05/14/2018 (Actual)

| 09/06/2018 | /s/Michael Desmond |
| --- | --- |
| Date | Michael Desmond |

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-23288 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | SANDOVAL, SARA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8011 | Account #: | ******5300 Checking |
| For Period Ending: | 09/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/18 | | Wagstaff & Cartmell LLP<br><br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 | Coloplast Settlement Proceeds pursuant to Order entered 12/14/2017 | | 56,811.84 | | 56,811.84 |
| | {7} | Wagstaff & Carmell LLP  IOLTA Account | Coloplast Settlement Proceeds pursuant to Order entered 12/14/2017 (net of 10% holdback)<br><br>$100,446.43 | 1129-000 | | | 56,811.84 |
| | | Wagstaff & CartmellI LLP | Attorney's Fees per order dated 12/14/2017<br><br>-$40,178.57 | 3210-600 | | | 56,811.84 |
| | | Wagstaff & CartmellI LLP | Per order dated 12/14/2017<br><br>-$3,354.92 | 3220-610 | | | 56,811.84 |
| | | Wagstaff & CartmellI LLP | Per Order dated 12/14/2017<br><br>-$101.10 | 4220-000 | | | 56,811.84 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.19 | 56,754.65 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.19 | 56,678.46 |
| 03/22/18 | 101 | Sara Sandoval<br><br>1125 Dickens Way, Apt. E<br>Schaumburg, IL 60193 | Debtor's Exemption in Coloplast PI Settlement | 8100-002 | | 15,000.00 | 41,678.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.64 | 41,599.82 |
| 04/24/18 | {7} | Wagstaff & Cartmell LLP (IOLTA Trust Account)<br><br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 | Balance of Holdout Amount of Settlement Proceeds from Coloplast | 1129-000 | 4,533.10 | | 46,132.92 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.49 | 46,074.43 |
| 07/02/18 | 102 | Michael Desmond<br><br>10 South LaSalle<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $6,037.23; Claim # FEE; Filed: $6,037.23 | 2100-000 | | 6,037.23 | 40,037.20 |
| 07/02/18 | 103 | Figliulo & Silverman PC<br><br>10 S La Salle St, 36th Floor<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $4,612.50; Claim # ; Filed: $4,612.50 | 3110-000 | | 4,612.50 | 35,424.70 |
| 07/02/18 | 104 | Figliulo & Silverman PC<br><br>10 S La Salle St, 36th Floor, Suite 3600<br>Chicago, IL 60603 | Distribution payment - Dividend paid at 100.00% of $10.92; Claim # ; Filed: $10.92 | 3120-000 | | 10.92 | 35,413.78 |
| 07/02/18 | 105 | Sprint Attn Bankruptcy Dept | Combined dividend payments for Claim #1, 1I | | | 508.31 | 34,905.47 |
| | | | Claims Distribution - Mon, 05-14- | 7100-000 | | | 34,905.47 |

Page Subtotals: $61,344.94    $26,439.47

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-23288 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | SANDOVAL, SARA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8011 | Account #: | ******5300 Checking |
| For Period Ending: | 09/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 2018 $504.25 | | | | |
| | | | Claims Distribution - Mon, 05-14-2018 $4.06 | 7990-000 | | | 34,905.47 |
| 07/02/18 | 106 | American InfoSource LP as agent for Verizon | Combined dividend payments for Claim #2, 2I | | | 589.72 | 34,315.75 |
| | | | Claims Distribution - Mon, 05-14-2018 $585.01 | 7100-000 | | | 34,315.75 |
| | | | Claims Distribution - Mon, 05-14-2018 $4.71 | 7990-000 | | | 34,315.75 |
| 07/02/18 | 107 | Quantum3 Group LLC as agent for CF Medical LLC | Combined dividend payments for Claim #3, 3I | | | 80.81 | 34,234.94 |
| | | | Claims Distribution - Mon, 05-14-2018 $80.16 | 7100-000 | | | 34,234.94 |
| | | | Claims Distribution - Mon, 05-14-2018 $0.65 | 7990-000 | | | 34,234.94 |
| 07/02/18 | 108 | SANDOVAL, SARA 1125 DICKENS WAY, APT E SCHAUMBURG, IL 60193 | Distribution payment - Dividend paid at 100.00% of $34,234.94; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 34,234.94 | 0.00 |
| | | **COLUMN TOTALS** | | | 61,344.94 | 61,344.94 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 61,344.94 | 61,344.94 | |
| | | Less: Payments to Debtors | | | | 49,234.94 | |
| | | **NET Receipts / Disbursements** | | | **$61,344.94** | **$12,110.00** | |

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-23288 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | SANDOVAL, SARA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8011 | **Account #:** | ******5300 Checking |
| **For Period Ending:** | 09/06/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $61,344.94 |
| Plus Gross Adjustments: | $43,634.59 |
| Less Payments to Debtor: | $49,234.94 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $55,744.59 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5300 Checking | $61,344.94 | $12,110.00 | $0.00 |
| | **$61,344.94** | **$12,110.00** | **$0.00** |

09/06/2018                                          /s/Michael Desmond
———————                                        ————————————————
Date                                                  Michael Desmond

UST Form 101-7-TDR (10 /1/2010)